**Thomas BROWER, Petitioner–Appellant,**

v.

**Brian BELLEQUE, Superintendent, OSP, Respondent–Appellee.**

No. 08–35391.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 16, 2010.

Anthony Bornstein, FPDOR–Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

Mark D. Lay, Esquire, Denis M. Vannier, Esquire, Assistant Attorney General, Oregon Department of Justice, Salem, OR, for Respondent–Appellee.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Oregon state prisoner Thomas Brower appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Brower contends that he received ineffective assistance of counsel because his state trial attorney did not inform him that

he was pleading guilty to two ninety-month sentences to be served consecutively. The state court's factual determination that Brower understood that he was pleading to 180 months was not unreasonable "in light of the evidence presented in the State court proceeding." 28 U.S.C. § 2254(d)(2). Moreover, the state court's conclusion that Brower had failed to establish that counsel was ineffective was not "contrary to, or . . . an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States." 28 U.S.C. § 2254(d)(1). *See Strickland v. Washington,* 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); *see also Hill v. Lockhart,* 474 U.S. 52, 59, 106 S.Ct. 366, 88 L.Ed.2d 203 (1985).

**AFFIRMED.**